## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RUDOLPH BETANCOURT, Individually, | : :  |
| | : Case No.: 3:20-cv-02331 |
| Plaintiff, | : |
| vs. | : Hon. James R. Knepp, II |
| | : |
| Toledo Hospitality Services, LLC, | : |
| | : |
| Defendant. | : |

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the Stipulation for Dismissal with Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the parties be and the same is hereby **approved**;

2. Each Party shall bear their own fees and costs;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**ORDERED** this 2nd day of March, 2022.

                                            s/ James R. Knepp II
                                            UNITED STATES DISTRICT JUDGE

cc: Counsel of Record